IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**KEVIN JEROME JOHNSON,**          :

    **Plaintiff,**             :

vs.                                :   CIVIL ACTION 06-00406-WS-B

**DON JOHNSON,** *et al.*,         :

    **Defendants.**            :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** and **ORDERED** this 27th day of November, 2006.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE